UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEPHEN GANNON,** *individually and on behalf of all others similarly situated*,

           **Plaintiff,**

           -against-

**55 CANAL LLC, ET AL.,**

           **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/13/2022

22-cv-1603 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Defendant's letter motion requesting a pre-motion conference in connection with its anticipated motion. Defendant's request is hereby **DENIED**. Defendant is hereby **GRANTED** leave to file a motion vacating default judgment. The parties are directed to adhere to the following briefing schedule:

    **Opening Brief**    **July 27, 2022**

    **Opposition**    **August 10, 2022**

    **Reply**    **August 17, 2022**

SO ORDERED.

Dated:    July 13, 2022
          New York, New York

                                    _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**