

October 14, 2022

**VIA ECF**
Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    **Re:**    **Default Judgment as to Defendant 55 Canal LLC et al.**
              Stephen Gannon v. 55 Canal LLC, et al.
              Case # 1:22-cv-1603-ALC

Dear Judge Carter,

    This law firm represents Plaintiff Stephen Gannon ("Plaintiff") in this action and writes in response to this Court's Order dated October 4, 2022 (Dkt. 26).

    Plaintiff intends to move for default as to Defendant 55 Canal LLC et al, and will do so pursuant to the instructions in Attachment A of Your Honor's Individual Practices by November 1, 2022.

    We thank the court for its attention in this matter.

                                       Respectfully Submitted,

                                       Adam Ford
                                       Ford & Huff LC

cc:    All Counsel of Record (via ECF)

**Adam D. Ford**                                                              **adam.ford@fordhufflaw.com**
228 Park Avenue South                                            (212) 287-5913
New York, New York 10003                                      www.fordhufflaw.com